AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 12 2019

MITCHELL R. ELFERS
CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 19mj2066 |
| MICHAEL RAJKOVIC | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 6, 2019__ in the county of __Bernalillo__ in the _____ District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1); | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Leysha Lopez Recci, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 7-12-19

_____
Judge's signature

City and state: Albuquerque, New Mexico

Kirtan Khalsa, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

## INTRODUCTION AND PURPOSE OF THE AFFIDAVIT

1. I, Leysha López Recci, Special Agent of the Federal Bureau of Investigation (FBI), being first duly sworn, make this affidavit in support of a criminal complaint and an application for a warrant to arrest MICHAEL RAJKOVIC, who I believe committed the violations described below.

2. This affidavit is based on information obtained from law enforcements officers with the New Mexico State Police (NMSP) that I have reviewed. This affidavit does not set forth all of my knowledge, or summarize all of the investigative efforts in this investigation. This affidavit is in support of a criminal complaint and arrest warrant charging RAJKOVIC with the following violation: 18 U.S.C. § 922(g)(1) Felon in possession of a firearm.

## AFFIANT'S RELEVANT TRAINING AND EXPERIENCE

3. I have been a law enforcement officer since March 2017, and I am employed as a Special Agent with the FBI. I am presently assigned to the FBI's Albuquerque Violent Crime Squad, where I investigate cases involving violent repeat offenders, kidnappings, crimes against children, bank robberies, and fugitives. I also assist with investigations of drug trafficking organizations and gang-criminal enterprises. I have received on-the-job training and worked alongside experienced law enforcement officers, who have been recognized in courts across the United States as experts in drug trafficking and possession with intent to distribute controlled substances.

4. My investigative experience includes interviewing subjects, targets and witnesses; conducting surveillance; executing search and arrest warrants; managing cooperating sources; analyzing records; and working on joint investigations and operations with law enforcement officers from the Drug Enforcement Administration, New Mexico Department of Corrections, New Mexico State Police, Albuquerque Police Department and Bernalillo County Sheriff's Office.

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

### BACKGROUND

5. RAJKOVIC is a convicted felon. His criminal history includes convictions for the following felony offenses: Receiving or Transferring a Stolen Motor Vehicle in 2008; Unlawful Taking of a Motor Vehicle, Larceny, and Conspiracy to Commit Larceny in 2011; and False Imprisonment in 2012. RAJKOVIC was sentenced to prison, probation and parole for these offenses.

### SUMMARY OF THE INVESTIGATION

6. On June 6, 2019, an officer with the New Mexico State Police (NMSP) observed a 2001 Honda Civic with no registration plate in the designated license plate location on the vehicle. The officer was driving a marked unit and attempted to conduct a traffic stop, but the vehicle refused to stop and a pursuit ensued in the vicinity of Louisiana Boulevard and Zuni Road in Albuquerque, New Mexico. As the vehicle approached the area of Virginia Street and Zuni Road, the driver exited the moving vehicle and fled on foot. The vehicle continued traveling without the driver, and the NMSP officer immediately exited his unit and stopped the vehicle on the curb of Virginia Street. While inside the vehicle, the officer observed a long rifle case in the passenger side of vehicle. Inside the case, there was a black and silver Dickinson 12 gauge shotgun bearing serial number 173312339. The driver, later identified as RAJKOVIC, was the only person inside the vehicle.

7. A description of RAJKOVIC was broadcasted, and additional NMSP officers were called to assist locating RAJKOVIC. RAJKOVIC was wearing a fedora style hat, bright red shorts, a black t-shirt and he also had a shaved head.

8. NMSP officers eventually made contact with RAJKOVIC near Kirtland Cleaners on Wyoming Boulevard and attempted to apprehend him, however RAJKOVIC was able to evade officers. As NMSP officers continued to look for RAJKOVIC around the area, they located a handgun

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT**

magazine loaded with ammunition and a holster near Kirtland Cleaners, where RAJKOVIC was last seen. Minutes later, officers received information that RAJKOVIC was seen in a nearby trailer park around Wyoming Boulevard and Zuni Road. Officers interviewed witnesses in the trailer park, who stated they saw a male wearing bright red shorts and a black t-shirt running behind some trees and pointed the officers to the trees where the male was recently seen. By the trees, NMSP officers located a black Samsung cell phone, a black handgun with no magazine, and a fedora style hat matching the description of the hat RAJKOVIC was seen wearing when he exited the vehicle and fled on foot. The handgun can be described as a Keltec P32, .32 caliber pistol bearing serial number 84656. The magazine and ammunition located by officers near Kirtland Cleaners fit the handgun and was the same caliber as the Keltec handgun with no magazine located by the trees.

9. I reviewed the pictures of the scene, and the cell phone and the Keltec handgun were approximately one foot apart from each other, and the fedora style hat was a short distance away. NMSP officers searched the cell phone located next to the Keltec handgun, pursuant to a state search warrant, and obtained information that identified RAJKOVIC as the user of the cell phone.

10. I conducted an online search of the vicinity covering Virginia Street, Zuni Road and Wyoming Boulevard in Albuquerque, New Mexico, and verified that Kirtland Cleaners, the trailer park and the area where RAJKOVIC fled from the vehicle are all within walking distance around the same block.

11. Based on this information, I believe that RAJKOVIC was in possession of a 12 gauge Dickinson shotgun when he was driving the Honda Civic and was pulled over by NMSP officers. I also believe that the Keltec .32 caliber handgun found near RAJKOVIC's cell phone and the fedora style hat, and the magazine loaded with ammunition recovered near Kirtland

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

Cleaners were all dropped by RAJKOVIC as he fled from NMSP officers in the area of Virginia Street, Zuni Road and Wyoming Boulevard in Albuquerque, New Mexico.

### FIREARM DETERMINATION AND INTERSTATE NEXUS

12. On July 11, 2019, an FBI Certified Firearms Specialist conducted a function check of the Dickinson 12 gauge shotgun bearing serial number 173312339 and the Keltec P32, .32 caliber handgun bearing serial 84656, and the firearms functioned as designed. Based on my training and experience, I believe that and the specified shotgun and handgun meet the definition of a "firearm." I am aware that Dickinson and Keltec firearms are manufactured outside New Mexico.

### CONCLUSION

13. Based on all the above information, I believe there is probable cause to charge RAJKOVIC with a violation of 18 U.S.C. § 922(g)(1) Felon in possession of a firearm.

14. Supervisory Assistant United States Attorney Jack Burkhead approved criminal charging in this matter.

Respectfully Submitted,

Leysha López Recci
FBI Special Agent

SUBSCRIBED TO AND SWORN BEFORE ME ON JULY 12, 2019.

Honorable Kirtan Khalsa
United States Magistrate Judge
District of New Mexico