# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET
### BEFORE THE HONORABLE JUDITH C. HERRERA

| | | | |
|---|---|---|---|
| CR No: | 18-2977 & 19-2616 JCH | USA vs. | Rajkovic |
| Date: | 2/23/21 | Defendant: | Michael Rajkovic |

| | | | |
|---|---|---|---|
| Time In/Out: | 11:04 – 11:40 | Total Time in Court: | 36 minutes |
| Clerk: | E. Romero | Court Reporter: | Paul Baca |
| AUSA: | Sarah Mease | Defendant's Counsel: | Wayne Baker |
| Sentencing in: | remote - via Zoom | Probation Officer: | Kelly Borland |
| Interpreter: | n/a | Interpreter Sworn? | ☐ Choose an item. |

| | | | | | |
|---|---|---|---|---|---|
| Convicted on: | Plea | As to: | Indictment | Counts: | 1 |
| Guilty Plea: | Accepted | Plea Agreement: | Accepted | | |
| Date of Plea/Verdict: | 11/27/19 | PSR: | Not Disputed | ☒ Courts adopts PSR Findings | Evidentiary Hrg: Not Needed |
| Exceptions to PSR: | | | | | |

## SENTENCE IMPOSED

| | |
|---|---|
| **IMPRISONMENT (BOP):** | 36 months as to both indictments; concurrently |

| | | | | | |
|---|---|---|---|---|---|
| ☒ | 500-Hour Drug Program | ☐ | BOP sex-offender treatment program | Other: | |

| | | | |
|---|---|---|---|
| **SUPERVISED RELEASE:** | 3 years as to both indictments; concurrently | ☒ | Mandatory/Standard Conditions |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| ☒ | Participate in/successfully complete outpatient substance abuse treatment program & grant waiver of confidentiality | ☒ | Submit to substance abuse testing; Testing not to exceed 60 tests per year |
| ☒ | Submit to search of person/property | ☒ | Refrain from use/possession of alcohol/intoxicants; Testing not to exceed 4 per day |
| ☒ | Not knowingly purchase, possess, distribute, administer, use any psychoactive substances | ☐ | Must not possess, sell, offer for sale, etc. any drug paraphernalia |
| ☒ | Participate in/successfully complete mental health program & grant waiver of confidentiality | ☐ | Must take all mental health medications as prescribed |
| ☐ | Participate in community-based program for education in anger management, domestic violence prevention and parenting | ☐ | Reside at a Residential Reentry Center for up to 180 days |

### MONETARY PENALTIES / FORFEITURES

| | | | | | | |
|---|---|---|---|---|---|---|
| Fine: $ | -0- | Restitution: $ | -0- | SPA: $ | 100.00 as to each indictment; Total: 200.00 | Due Immediately |

| | |
|---|---|
| Forfeit rights title & interest in: | the firearms and ammunition listed in paragraph 16 of the plea agreement |

### OTHER

| | | | |
|---|---|---|---|
| ☒ | Waived Appeal Rights per Plea Agreement | ☒ | Held in Custody |
| ☒ | Recommended place(s) of incarceration: FCI Tucson, AZ or FCC Petersburg, VA | | |
| ☐ | Dismissed Counts: | | |

### PROCEEDINGS

Court in session – parties state appearances; Court confirms defendant agrees to appear by Zoom; Parties have no pending objections; Court outlines records reviewed for sentencing; Mr. Baker addresses Court on sentencing; Mr. Rajkovic addresses Court; Ms. Mease addresses Court; Mr. Baker responds; Court addresses defendant and imposes sentence.