AO 442 (Rev. 08/14) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of New Mexico

2024 FEB -1 PM 1:11

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | Case No. 1084 1:19CR02616- 001JCH and |
| | ) | 1084 1:18CR02977-001JCH |
| Michael Rajkovic | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay (name of person to be arrested) Michael Rajkovic

Also Known As: Rajkovic, Michael Allen
Also Known As: Rajkiovic, Michael Allen

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☒ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows: failure to report to probation and substance abuse.

Date: November 29, 2023

_____
*Issuing Officer's signature*

City and state: Albuquerque, NM

MITCHELL R. ELFERS, CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on ( date ) 11/29/2023, and the person was arrested on ( date ) 2/1/2024
at ( city and state ) Albuquerque, NM.

Date: 2/1/2024

_____
*Arresting officer's signature*

Dusen V. Hinson
*Printed name and title*