**FILED**

AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

# UNITED STATES DISTRICT COURT
for the
### District of New Mexico

FEB 0 5 2024

MITCHELL R. ELFERS
CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Michael Rajkovic | ) | Case No. 19-cr-2616 (JCH) |
| Defendant | ) | 18-cr-2977 (JCH) |
| | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with ~~an offense in a criminal complaint filed in this court, or charged with~~ violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 2/5/2024

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

142373   Wayne Baker
_____
*Printed name and bar number of defendant's attorney*

_____
*Address of defendant's attorney*

federallitigator@gmail.com
_____
*E-mail address of defendant's attorney*

505-652-4222
_____
*Telephone number of defendant's attorney*

888-308-0987
_____
*FAX number of defendant's attorney*