FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.                                                         Cr. No. 19-2616 JCH
                                                               Cr. No. 18-2977 JCH

**MICHAEL RAJKOVIC,**

    Defendant.

## ORDER PERMITTING COUNSEL TO WITHDRAW

This matter having come before the Court on the Motion to Relieve Counsel [Doc. 54], and the Court being fully advised in the matter, including that communication between counsel and Mr. Rajkovic has irreconcilably deteriorated, and that the government and the United States Probation Office take no position on the requested relief, finds the Motion is well taken and will be GRANTED.

IT IS HEREBY ORDERED that counsel Wayne Baker be permitted to withdraw in this matter as counsel of record for Defendant Michael Rajkovic. The Court shall appoint CJA panel counsel to represent Mr. Rajkovic.

_____
JENNIFER M. ROZZONI
UNITED STATES MAGISTRATE JUDGE