IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                                         CR 18-2977 JCH
                                                             CR 19-2616 JCH

MICHAEL RAJKOVIC ,

       Defendant.

## ORDER HOLDING PETITION IN ABEYANCE

**THIS MATTER** is before the Court upon the violation of supervised release hearing held August 6, 2024. The Court having considered all relevant information in this matter, chooses not to revoke Defendant's conditions of supervision and will hold the petition in abeyance for a period of six months. Defendant shall comply with all previously imposed standard, mandatory, special conditions of supervision.

       **IT IS SO ORDERED.**

_____
JUDITH C. HERRERA
SENIOR UNITED STATES DISTRICT JUDGE