AO 245D (Rev. 09/19)  Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## District of New Mexico

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>**Michael Rajkovic** | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case Number: **1:19CR02616-001JCH, and 1:19CR02616-JCH**<br>USM Number: **06136-151**<br>Defendant's Attorney: **Darlene Weed** |

**THE DEFENDANT:**

☐ admitted guilt to violations of condition(s) **Mandatory, Special** of the term of supervision.

☐ was found in violation of condition(s)   after denial of guilt.

The defendant is adjudicated guilty of these violations:

| *Violation Number* | *Nature of Violation* | *Violation Ended* |
|---|---|---|
| Mandatory Condition | The defendant failed to refrain from unlawful use of a controlled substance. | 10/04/2023 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s)   and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| **1043**<br>Last Four Digits of Defendant's Soc. Sec. No. | **12/17/2024**<br>Date of Imposition of Judgment |
| **1982**<br>Defendant's Year of Birth | **/s/ Judith C. Herrera**<br>Signature of Judge |
| **Albuquerque, NM**<br>City and State of Defendant's Residence | **Honorable Judith C. Herrera**<br>**Senior United States District Judge**<br>Name and Title of Judge |
| | **12/26/2024**<br>Date |

AO 245D (Rev. 09/19)  Judgment in a Criminal Case for Revocations
Sheet 1A                                                                                                           Judgment - Page 2 of 3

DEFENDANT: **Michael Rajkovic**
CASE NUMBER: **1:19CR02616-001JCH, and 1:19CR02616-JCH**

# ADDITIONAL VIOLATIONS

| *Violation Number* | *Nature of Violation* | *Violation Ended* |
|---|---|---|
| Special Condition | The defendant failed to submit to substance abuse testing to determine if a prohibited substance was used. | 11/01/2023 |
| Special Condition | The defendant failed to refrain from the use and possession of alcohol. | 10/04/2023 |

AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 2 - Imprisonment

Judgment - Page 3 of 3

DEFENDANT: **Michael Rajkovic**
CASE NUMBER: **1:19CR02616-001JCH, and 1:19CR02616-JCH**

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **4 months**.

**Said term to run concurrently to the sentence imposed in CR 18-2977.**

**The court did not reimpose a term of supervised release.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.
☐ The defendant shall surrender to the United States Marshal for this district:
　☐ at   on  .
　☐ as notified by the United States Marshal.
☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
　☐ before 2 p.m. on  .
　☐ as notified by the United States Marshal.
　☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:



Defendant delivered on _____ to
_____ at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL